# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Laura Ravago, et al.

                        Plaintiff,

v.                                                        Case No.: 1:22−cv−00745
                                                           Honorable Jorge L. Alonso

Lori Lightfoot, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 7, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court grants plaintiffs' motion [7] to withdraw motions 4 and 5. Motions [4, 5] are withdrawn. The Court notes that it has reinstated the requirement that all motions be noticed in accordance with Local Rule 5.3(b), despite suspension of that Rule by General Order 21−0027. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.